1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Martin Lichtner

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MARTIN LICHTNER,            ) Case No.: CV 11-56-SP
                                )
12        Plaintiff,             ) ORDER AWARDING EQUAL
                                ) ACCESS TO JUSTICE ACT
13     vs.                       ) ATTORNEY FEES AND EXPENSES
                                ) PURSUANT TO 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,           ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security, ) U.S.C. § 1920
15                              )
          Defendant              )
16  _____)

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $3,100.00 as

21  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

22  DATE:  May 21, 2012      /s/

23                           _____
                             THE HONORABLE SHERI PYM
24                           UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3      /s/ *Steven G. Rosales*
   _____

4  Steven G. Rosales
Attorney for plaintiff Martin Lichtner

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26